**Thomas M. Triplett**, OSB #651256
Email: ttriplett@schwabe.com
**Richard K. Hansen,** OSB # 832231
Email: rhansen@schwabe.com
**Román D. Hernández**, OSB #011730
Email: rhernandez@schwabe.com
SCHWABE, WILLIAMSON & WYATT, P.C.
1211 SW 5th Avenue, Suite 1900
Portland, Oregon 97204
Telephone: 503.222.9981
Facsimile: 503.796.2900

**Thane D. Scott**, Pro Hac Vice
Email:  thane.scott@bingham.com
BINGHAM MCCUTCHEN, LLP
One Federal Street
Boston, Massachusetts 02110-1726
Telephone: 617.951.8000
Facsimile: 617.345.5005

**Frank M. Hinman**, Pro Hac Vice
Email: frank.hinman@abingham.com
**Sujal J. Shah**, Pro Hac Vice
Email: sujal.shah@bingham.com
**Susan J. Welch**, Pro Hac Vice pending
Email: susan.welch@bingham.com
**Dominique M. Perez**, Pro Hac Vice pending
Email: dominique.perez@bingham.com
BINGHAM MCCUTCHEN LLP
Three Embarcadero Center
San Francisco, California 94111-4067
Telephone: 415.393.2000
Facsimile: 415.393.2286

**Monica Adriel Hernandez**, Pro Hac Vice pending
Email: monica.hernandez@bingham.com
BINGHAM MCCUTCHEN LLP
1117 S. California Avenue
Palo Alto, California 94304
Telephone: 650.849.4443
Facsimile: 650.849.4800

Attorneys for Defendant The Common Application, Inc.

DEFENDANT THE COMMON APPLICATION, INC.'S CORPORATE DISCLOSURE STATEMENT
A/76237421.1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON
PORTLAND DIVISION

| | |
|---|---|
| CollegeNET, Inc., a Delaware corporation<br><br>    Plaintiff,<br><br>  v.<br><br>The Common Application, Inc.,<br>a Virginia corporation<br><br>    Defendant. | No. 3:13-cv-00771-HZ<br><br>**DEFENDANT THE COMMON APPLICATION, INC.'S CORPORATE DISCLOSURE STATEMENT**<br><br>**[FED. CIV. PROC. R. 7.1]** |

Defendant The Common Application, Inc. submits the following statement of its corporate interests and affiliations pursuant to Rule 7.1 of the Federal Rules of Civil Procedure.

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned certifies that it is a 501(c)(3) not-for-profit membership organization that has no parent corporation, and that no publicly traded corporation owns more than 10% of its stock.

DATED: July 11, 2014

Respectfully submitted,

BINGHAM MCCUTCHEN, LLP

By:   /s/ Thane Scott

    Thane Scott, Pro Hac Vice
    Attorneys for Defendant
    The Common Application, Inc.